IN THE SUPREME COURT OF THE STATE OF NEVADA

COREY JOHNSON,
Petitioner,
vs.
THE EIGHTH JUDICIAL DISTRICT
COURT OF THE STATE OF NEVADA,
IN AND FOR THE COUNTY OF
CLARK; AND THE HONORABLE
JOSEPH HARDY, JR., DISTRICT
JUDGE,
Respondents,
    and
THE STATE OF NEVADA,
Real Party in Interest.

No. 82253

FILED

JAN 14 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

*ORDER DENYING PETITION FOR
A WRIT OF HABEAS CORPUS*

In this original pro se petition for a writ of habeas corpus petitioner contends that he did not receive appropriate notice of his parole revocation hearing. Petitioner further argues that following the revocation of his parole, the Nevada Department of Corrections failed to appropriately recalculate and restore his statutory and flat time credits.

Such a writ should be sought in the district court in the first instance, and an adverse ruling below may be challenged by way of an appeal. *See* NRAP 22 ("An application for an original writ of habeas corpus should be made to the appropriate district court. If an application is made

21-01236

to the district court and denied, the proper remedy is by appeal from the district court's order denying the writ.").

Accordingly, we

ORDER the petition DENIED.

_____, C.J.
Hardesty

_____, J.
Parraguirre

_____, J.
Silver

cc:  Hon. Joseph Hardy, Jr., District Judge
     Corey Johnson
     Attorney General/Carson City
     Clark County District Attorney
     Eighth District Court Clerk

SUPREME COURT
OF
NEVADA

(O) 1947A